Jeffrey M. Eilender
Partner

212 612-1212
jeilender@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

September 08, 2023

**BY ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Schlam Stone & Dolan LLP v. TRG Global Corporation, Case No. 1:23-cv-07892.**

Dear Judge Oetken:

This firm is *pro se* Plaintiff Schlam Stone & Dolan LLP ("Schlam Stone") in the above-referenced action. I am writing to request an order removing Docket Nos. 1-1, 1-7, 1-8, 1-9, 1-10, 1-11 and 7-1, which are exhibits to the Plaintiff's complaint originally filed in this matter.

We seek to remove these exhibits (this firm's retainer letter and invoices) from the docket because they inadvertently contained the firm's bank account numbers which were not redacted. The same exhibits have been re-filed, with proper redactions, at 9-1, 9-7, 9-8, 9-9, 9-10, and 9-11.

We have already written to the ecf_error@nysd.uscourts.gov to correct this issue. We were notified by a clerk of this court that while the documents have been locked and cannot be accessed, the Clerk's Office is unable to remove documents from dockets unless ordered by the Judge. Therefore, we respectfully request that the Court So Order this letter and permit the removal of Docket Nos. 1-1, 1-7, 1-8, 1-9, 1-10, 1-11 and 7-1, which have been refiled with proper redactions.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*[signature]*

Jeffrey M. Eilender

> The Clerk of the Court is respectfully directed to strike the above referenced documents from the docket but retain the summary docket text for the record. So ordered.
>
> 9/11/23

_____
J. PAUL OETKEN
United States District Judge